Argued and submitted February 27, reversed and remanded for trial November 9, 1981, reconsideration denied January 6, petition for review allowed January 26, 1982 (292 Or 450)

STATE OF OREGON,
*Appellant,*

*v.*

REGINALD DWAYNE YOUNG,
*Respondent.*

(No. 10-80-07969, CA 19338)

635 P2d 681

Darryl L. Larson, Assistant District Attorney, Eugene, argued the cause for appellant. With him on the brief was J. Pat Horton, District Attorney, Eugene.

Kenneth A. Morrow, Eugene, argued the cause for respondent. On the brief was James R. Strickland, Eugene.

Before Buttler, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM.

Warden, J., dissenting.

**WARDEN, J.,** dissenting.

I dissent for the reasons stated in my dissent in *State v. Robertson,* 54 Or App 630, 635 P2d 1057 (1981).